# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIEL JOSEPH O'BRIEN, JR.,
DUSTIN BLAKE O'BRIEN, DYLAN
BLAINE O'BRIEN AND LESLIE
DEWAYNE O'BRIEN,
INDIVIDUALLY AND ON BEHALF
OF THE ESTATE OF DANIEL
JOSEPH O'BRIEN, SR.

VERSUS

WESTLEY EUGENE WORLEY,
MASTEC NORTH AMERICA, INC.,
AND ACE AMERICAN INSURANCE
COMPANY

NO.   2020 CW 0770

**SEPTEMBER 16, 2020**

---

In Re:   Westley Eugene Worley, applying for supervisory writs,
         18th Judicial District Court, Parish of Pointe Coupee,
         No. 48344 c/w 48068, 48279, 48392, 48419.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED IN PART; DENIED IN PART.**   The trial court
erred by finding that relator, Westley Eugene Worley's prior
drug-related wrongs, arrests, and convictions are admissible for
purposes of establishing a pattern of wanton and reckless
conduct under La. Civ. Code art. 2315.4, when the toxicology
report demonstrates "no drugs of toxicological significance"
were detected in Worley's blood specimen following the accident.
We also find that evidence of marijuana found the day after the
accident in Worley's vehicle is also inadmissible for the same
reason and further because the relevancy is far outweighed by
the prejudicial effect.   In all other respects, the writ is
denied.

**JMM**
**AHP**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT